UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  CHAPTER 13
JAMES A. GROVES
COLETTE M. GROVES  CASE NO. 15-82767

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** Specialized Loan Servicing LLC    **Court claim #: 6**

**Last four digits** of any number used to identify the debtor's account: 0709

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $1468.25 |
| Amount Paid by Trustee | $1468.25 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: ☐ Thru the Chapter 13 Plan   ☒ Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   11/1/17  /s/Lydia S. Meyer
  Lydia S. Meyer, Trustee
  308 W. State St., Suite 212
  Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 1st Day of November, 2017.

Dated:   11/1/17  /s/Cynthia K. Burnard

SPECIALIZED LOAN SERVICING LLC
PO BOX 636007
LITTLETON, CO 80163

BANK OF AMERICA
1800 TAPO CANYON
SIMI VALLEY, CA  93063

MARINOSCI LAW GROUP, P.C.
134 N. LASALLE ST.
STE. 1900
CHICAGO, IL 60602

SPECIALIZED LOAN SERVICING LLC
BANKRUPTCY DEPARTMENT
8742 LUCENT BLVD  SUITE 300
HIGHLANDS RANCH, CO 80129

STEVEN C. L LINDBERG
ANSELMO LINDBERG OLIVER LLC
1771 W. DIEHL RD. STE. 150
NAPERVILLE, IL 60563

JAMES A. GROVES
COLETTE M. GROVES
320 GEORJEAN COURT
SYCAMORE, IL  60178

SPRINGER LAW FIRM
ATTORNEY DANIEL A. SPRINGER
2222 E. STATE ST., SUITE 107
ROCKFORD, IL  61104